IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-18-GCM**

| | |
|---|---|
| EBENISTERIE BEAUBOIS, ITEE,       ) | |
|        Plaintiff,     ) | |
|    v.     ) | **ORDER GRANTING** |
|      ) | **ADMISSION PRO HAC VICE** |
| GARNETT CHURCH FURNISHINGS,     ) | |
| MARCELINE MANUFACTURING, LLC,     ) | |
| and ACSTAR INSURANCE COMPANY,     ) | |
|        Defendants.     ) | |
| and     ) | |
| ACSTAR INSURANCE COMPANY,     ) | |
|        Third-Party Plaintiff,     ) | |
|    v.     ) | |
| TRIAD STS, LLC dba GARNETT     ) | |
| CHURCH FURNISHINGS,     ) | |
| TOM STEPHAN, GAYLE STEPHAN,     ) | |
| SCOTT O'NEILL, LORI O'NEILL,     ) | |
| SAM BOYAJIAN and STACY BOYAJIAN     ) | |
|        Third-Party Defendants.     ) | |

**THIS MATTER** is before the Court upon the motion of Defendants TRIAD STS, LLC dba Garnett Church Furnishing, C. Thomas Stephan, Gayle Stephan, Scott O'Neill, Lori O'Neill, Sam Boyajian, and Stacy Boyajian to allow **Robert R. Laing, Jr.,** to appear *Pro Hac Vice*, dated January 22, 2008 [doc. #8].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (E), the Court notes that Mr. Laing has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: January 23, 2008

*Graham C. Mullen*
Graham C. Mullen
United States District Judge